IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME RODRIGO CARCHI BURI, ADONAHI BRAVO, CARLOS RICO and ISAAC MORENO MOLINA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>325 H & M FOOD CORP. (d/b/a AROME CAFÉ), BROADWAY AROME CAFÉ LLC (d/b/a AROME CAFÉ), 325 BROADWAY CAFÉ LLC (d/b/a AROME CAFÉ), MYUNG S. YOO, PETER AN (A.K.A. PETER YAN), JIN YOUNG YOO, RAJESH N. MODI, IHAB AWAD, AMGAD MINA, and SACHIN SETH,<br><br>Defendants. | Case No.: 1:17-cv-08408-ER<br><br>**JUDGMENT** |

## **JUDGMENT**

On the ninth (9) day of October, 2020, Plaintiffs filed notices of acceptance of offers of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDREED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JAIME RODRIGO CARCHI BURI, ADONAHI BRAVO, CARLOS RICO and ISAAC MORENO MOLINA have judgment against Defendants, 325 BROADWAY CAFÉ, LLC, AMGAD MINA, and IHAB AWAD (collectively, "325 Broadway Café Defendants") in the amount of $10,000.000 (Ten Thousand Dollars and Zero Cents), which is inclusive of attorneys' fees and costs.

Dated: ___ day of _____, 2020    SO ORDERED

_____
EDGARDO RAMOS U.S.D.J.

1