**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAIME RODRIGO CARCHI BURI, ADONAHI BRAVO, CARLOS RICO and ISAAC MORENO MOLINA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>325 H & M FOOD CORP. (d/b/a AROME CAFÉ), BROADWAY AROME CAFÉ LLC (d/b/a AROME CAFÉ), 325 BROADWAY CAFÉ LLC (d/b/a AROME CAFÉ), MYUNG S. YOO, PETER AN (A.K.A. PETER YAN), JIN YOUNG YOO, RAJESH N. MODI, IHAB AWAD, AMGAD MINA, and SACHIN SETH,<br><br>Defendants. | Case No.: 1:17-cv-08408-ER<br><br><br><br>**JUDGMENT** |

**JUDGMENT**

On the ninth (9) day of October, 2020, Plaintiffs filed notices of acceptance of offers of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDREED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JAIME RODRIGO CARCHI BURI, ADONAHI BRAVO, CARLOS RICO and ISAAC MORENO MOLINA have judgment against Defendants, Broadway Arome Café LLC, Rajesh N. Modi, and Sachin Seth's (collectively, "Arome Defendants") in the amount of $60,000.000 (Sixty Thousand Dollars and Zero Cents), which is inclusive of attorneys' fees and costs.

Dated: 30th day of ___October___, 2020    SO ORDERED.

_____
EDGARDO RAMOS U.S.D.J.

1